IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND, #238829-A,

    Plaintiff,

v.

LT. STEVEN, JAMES E. DOYLE, RICK RAEMISCH, OFFICIAL KEILER, OFFICIAL THOMPSON, OFFICIAL FLUMER, CAPTAIN LESATZ, PETE ERICKSEN, LT. SWIEKATOWSKI, WILLIAM POLLARD, RICHARD HEIDORN and JEANANNA ZWIERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-335-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing plaintiff's claims against defendant Lt. Steven;

(2) denying plaintiff leave to proceed on his claims against defendants James E. Doyle, Rick Raemisch, Official Keiler, Official Thompson, Official Flumer and Captain Lesatz;

(3) granting defendants Richard Heidorn, Jeananna Zwiers and William Pollard's motion for summary judgment and dismissing this case.

_Peter Oppeneer_      3/7/11

Peter Oppeneer, Clerk of Court      Date